UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

IN RE:

KEITH GRIFFITH and                                                                  No. 12-51110
JULIE GRIFFITH,                                                                       Chapter 13

Debtors

### ORDER SUSTAINING OBJECTION TO CLAIM OF
### PORTFOLIO RECOVERY ASSOCIATES, LLC [#12]

Now before the Court is the Objection to Claim of Portfolio Recovery Associates, LLC **[claim # 12]** filed by the Debtors, Keith Griffith and Julie Griffith. From a review of the file and for good cause shown, it is hereby

ORDERED that the Debtor's Objection is sustained, and that the claim of Portfolio Recovery Associates, LLC **[claim # 12]** is disallowed.

_____
Thomas H. Fulton
United States Bankruptcy Judge

Dated: July 8, 2013

*Prepared by:*
Todd A. Farmer
Farmer & Wright, PLLC
329 North Fifth Street
P.O. Box 7766
Paducah, KY 42002-7766
270-443-4431
Fax: 270-443-4631